UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

KENDRA FRENCH,

  Petitioner,

          v.

WARDEN, Dayton Correctional Institution,

  Respondent.

Case No. 1:25cv00288

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the December 18, 2025 Report and Recommendations ("R&R") filed by the Magistrate Judge (Doc. 16), in which he recommends that Kendra French's Petition for a Writ of Habeas Corpus be dismissed with prejudice and that a certificate of appealability be denied.

Proper notice was given to Petitioner (who proceeds *pro se*) under Fed. R. Civ. P. 72(b), including notice that she may forfeit rights on appeal if she failed to file objections to the R&R in a timely manner.[1] *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).  No objections to the R&R (Doc. 16) were filed and the time to do so has passed.

The R&R (Doc. 16) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is **DISMISSED** in its entirety **with prejudice**.  Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability.  The Court **CERTIFIES** that any appeal to the United States Court of Appeals for the Sixth Circuit would be objectively frivolous and, consequently, Petitioner is **DENIED** leave to appeal *in forma pauperis*.

  **IT IS SO ORDERED.**

   s/ *Michael R. Barrett*
   JUDGE MICHAEL R. BARRETT

---

[1] *See also* 28 U.S.C. § 636(b)(1)(C).  Because Petitioner was served by mail, an additional 3 days were added to her time to object pursuant to Fed. R. Civ. P. 6(d).